WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '09 NOV 30 16:29 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOAN BAUGH,**

   Plaintiff,

vs.

**COMMISSIONER of Social Security,**

   Defendant.

CV # 08-1237-HU

ORDER

Attorney fees in the amount of $5,000.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 30 day of November, 2009.

_____
United States District / Magistrate Judge

Submitted on November 25, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1